```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 32146
   PAUL H SEGER
   CATHERINE J SEGER                           CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4418    SSN XXX-XX-4689
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/15/05 and confirmed on 10/20/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 90813.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 18143.67 | .00 | 18143.67 |
| GLOBAL LOAN SVCG INC | SECURED | .00 | .00 | .00 |
| GLOBAL LOAN SVCG INC | MORTGAGE ARRE | 699.73 | .00 | 699.73 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6125.13 | .00 | 6125.13 |
| INTERNAL REVENUE SERVICE | UNSECURED | 93.83 | .00 | 93.83 |
| ACN | UNSECURED | NOT FILED | .00 | .00 |
| BANCO POPULAR NORTH AMER | UNSECURED | NOT FILED | .00 | .00 |
| BOTTOM LINE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3337.54 | .00 | 3337.54 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 27275.73 | .00 | 27275.73 |
| CONSUMER REPORTS | UNSECURED | NOT FILED | .00 | .00 |
| COOKING CLUB OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO GYNECOLOGIC ONCO | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | 6589.02 | .00 | 6589.02 |
| GEVALIA KAFFE IMPORT SRV | UNSECURED | NOT FILED | .00 | .00 |
| INC SUBSCRIPTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| HIGHLAND CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| FINDLEY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ONYX WASTE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLE MAGAZINE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 495.85 | .00 | 495.85 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SWANSON & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| THE DANBURY MINT | UNSECURED | NOT FILED | .00 | .00 |

```
TRU GREEN CHEM LAWN        UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED        3460.67             .00         3460.67
ECAST SETTLEMENT CORPORA   UNSECURED        6314.81             .00         6314.81
PORTFOLIO RECOVERY ASSOC   UNSECURED        6664.47             .00         6664.47
DUPAGE CREDIT UNION        UNSECURED        6295.00             .00         6295.00
KOHLS                      UNSECURED         301.77             .00          301.77
     Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18843.40     6125.13      60828.69         .00      85797.22
PRINCIPAL PAID      18843.40     6125.13      60828.69         .00      85797.22
INTEREST PAID            .00         .00           .00         .00           .00
TOTAL PAID          18843.40     6125.13      60828.69         .00      85797.22
```

The Debtor's attorney, LEEDERS & ASSOC LTD           , was allowed $   2700.00
and was paid $   1700.00   direct and $   1000.00   through the plan.

The Trustee received $   4006.64 .

Refunds to the Debtor totaled $      9.14 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/12/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
           CASE NO. 05 B 32146 PAUL H SEGER & CATHERINE J SEGER